# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 16, 2024

Matthew D. Guertin
1075 Traditions Court
Chaska, MN  55318

     RE:  24-2662  Matthew Guertin v. Hennepin County, et al

Dear Appellant:

     The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     Your appeal is being referred to the court, and a briefing schedule will not be established at this time. No additional pleadings are required from you. Our office will advise you of any action taken in your appeal.

     The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should contact the court reporter at the district court and make arrangements for production and payment. If you cannot afford a transcript and you have in forma pauperis status, you may file a motion with this court seeking preparation of a transcript at government expense. If you do not have in forma pauperis status and cannot afford a transcript, you must file a motion with the district court for permission to appeal as a poor person. Please note the motions for appointment of counsel are rarely granted in pro se civil cases.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site [www.ca8.uscourts.gov](www.ca8.uscourts.gov). In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at [https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl](https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl). Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

MMH

Enclosure(s)

cc: Clerk, U.S. District Court, District of Minnesota
 Benjamin W. Harringa
 Jamil M.F. Masroujeh
 Matthew L.R. Messerli

District Court/Agency Case Number(s): 0:24-cv-02646-JRT

**Caption For Case Number: 24-2662**

Matthew D. Guertin

       Plaintiff - Appellant

v.

Hennepin County, a municipal entity; Keith M. Ellison, in his official capacity as Minnesota Attorney General; Mary Moriarty, in her official capacity as Hennepin County Attorney; Chela Guzman-Weigart, in her official capacity as Assistant County Administrator for Law, Safety, and Justice; Julia Dayton-Kline, in her individual capacity; George F. Borer, in his individual capacity; Danielle C. Mercurio, in her individual capacity; Dr. Jill Rogstad, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District; Dr. Adam Milz, in his official capacity with Hennepin County Mental Health; Jacqueline Perez, in her official capacity as Assistant Hennepin County Attorney; Bruce Rivers, in his individual capacity

       Defendants - Appellees

**Addresses For Case Participants:   24-2662**

Matthew D. Guertin
1075 Traditions Court
Chaska, MN  55318

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415

Benjamin W. Harringa
ATTORNEY GENERAL'S OFFICE
Bremer Tower
445 Minnesota Street
Saint Paul, MN  55101-2134

Jamil M.F. Masroujeh
HENNEPIN COUNTY ATTORNEY'S OFFICE
Government Center, C-2000
300 S. Sixth Street
Minneapolis, MN  55487

Matthew L.R. Messerli
HENNEPIN COUNTY ATTORNEY'S OFFICE
Civil Division
Government Center, A-2000
300 S. Sixth Street
Minneapolis, MN  55487