24-2662  Matthew Guertin v. Hennepin County, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/16/2024

**Case Name:**  Matthew Guertin v. Hennepin County, et al
**Case Number:**  24-2662

**Docket Text:**
Civil case docketed. [5425203] [24-2662]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Matthew D. Guertin
1075 Traditions Court
Chaska, MN  55318

**Notice will be electronically mailed to:**

Benjamin William Harringa: benjamin.harringa@ag.state.mn.us, cole.werner@ag.state.mn.us
Jamil M.F. Masroujeh: jamil.masroujeh@hennepin.us
Matthew L.R. Messerli: matthew.messerli@hennepin.us