# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 16, 2024

Matthew D. Guertin
1075 Traditions Court
Chaska, MN 55318

     RE: 24-2662 Matthew Guertin v. Hennepin County, et al

Dear Appellant:

     This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on August 16, 2024.

                                         Maureen W. Gornik
                                         Acting Clerk of Court

MMH

Enclosure(s)

cc:    Clerk, U.S. District Court, District of Minnesota
        Benjamin W. Harringa
        Jamil M.F. Masroujeh
        Matthew L.R. Messerli

       District Court/Agency Case Number(s): 0:24-cv-02646-JRT