UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HENNEPIN COUNTY, a municipal entity;<br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br>JULIA DAYTON-KLEIN, in her individual capacity;<br>GEORGE F. BORER, in his individual capacity;<br>DANIELLE C. MERCURIO, in her individual capacity;<br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br>BRUCE M. RIVERS, in his individual capacity.<br>　　　　　　　　Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br><br>**AMENDED<br>NOTICE OF APPEAL** |

## I.  NOTICE OF APPEAL

Notice is hereby given that Matthew Guertin, the pro se Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order Denying Motion for Temporary Restraining Order, entered in this action on July 16, 2024 – NOT August 7, 2024 as incorrectly included in the Notice of Appeal filed on August 14, 2024.

1

| | |
|---|---|
| Dated:  August 15, 2024 | Respectfully submitted,<br><br> */s/ Matthew D. Guertin* <br><br>Matthew David Guertin<br>Pro Se Plaintiff<br>1075 Traditions Ct.<br>Chaska, MN  55318<br>Telephone: 763-221-4540<br>MattGuertin@protonmail.com<br>www.MattGuertin.com |