# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2662

Matthew David Guertin

Appellant

v.

Hennepin County, a municipal entity, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-02646-JRT)
_____

**ORDER**

Appellant's Motion to Supplement the Record and Motion for Initial En Banc Review are hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

August 22, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik