# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 17, 2024

Matthew David Guertin
1075 Traditions Court
Chaska, MN  55318

RE:  24-2662  Matthew Guertin v. Hennepin County, et al

Dear Matthew David Guertin:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Maureen W. Gornik
Acting Clerk of Court

DNS

Enclosure(s)

cc:  Clerk, U.S. District Court, District of Minnesota
     Benjamin William Harringa
     Jamil M.F. Masroujeh
     Matthew L.R. Messerli

District Court/Agency Case Number(s):   0:24-cv-02646-JRT