# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-2662
_____

Matthew D. Guertin

Plaintiff - Appellant

v.

Hennepin County, a municipal entity; Keith M. Ellison, in his official capacity as Minnesota Attorney General; Mary Moriarty, in her official capacity as Hennepin County Attorney; Chela Guzman-Weigart, in her official capacity as Assistant County Administrator for Law, Safety, and Justice; Julia Dayton-Kline, in her individual capacity; George F. Borer, in his individual capacity; Danielle C. Mercurio, in her individual capacity; Dr. Jill Rogstad, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District; Dr. Adam Milz, in his official capacity with Hennepin County Mental Health; Jacqueline Perez, in her official capacity as Assistant Hennepin County Attorney; Bruce Rivers, in his individual capacity

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-02646-JRT)
_____

**JUDGMENT**

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

Appellant's motion for initial en banc review and motion to supplement the record are denied.

October 17, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
              /s/ Maureen W. Gornik