# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2662

Matthew David Guertin

Appellant

v.

Hennepin County, a municipal entity, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:24-cv-02646-JRT)

---

## MANDATE

In accordance with the judgment of October 17, 2024, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

November 13, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit